UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :   Case No.15-10089 (SMB)
                                                                 :
PRESTON TAYLOR PROJECTS, LLC,                                    :   (Chapter 11)
                                                                 :
                              Debtor.                            :
                                                                 :
----------------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 11 CASE

Based upon the hearing held before this Court and the application of the United States Trustee, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED, that these cases commenced under Chapter 11 of the Bankruptcy Code be and are hereby dismissed pursuant to 11 U.S.C. § 1112(b), and it is further

ORDERED, that the debtors pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: New York, New York
       March 10th, 2015

                                                /s/ STUART M. BERNSTEIN
                                                HONORABLE STUART M. BERNSTEIN
                                                BANKRUPTCY JUDGE