# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Preston Taylor Projects, LLC

CASE NO.: 15–10089–smb

Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–4155383

CHAPTER:  11

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Stuart M. Bernstein in this Chapter 11 case.

Preston Taylor Projects, LLC was dismissed from the case on March 10, 2015 .

Dated: March 10, 2015

Vito Genna
Clerk of the Court