MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
(516) 873-2010
Leslie A. Berkoff
Krista L. Faltin

*Attorneys for Columbus Corners Realty Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             Chapter 11

ROBERT LITWIN,                                     Case No. 14-12933 (REG)

                Debtor.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               )ss:
COUNTY OF NASSAU       )

      Harold May, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York. On the 26th day of March, 2015, I served true copies of Columbus' Limited Response to Proposed Plan and Disclosure Statement by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

To:

Robert Litwin
100 West 106th Street
New York, NY 10025
(Debtor)

Law Offices of Scott A. Steinberg
Attn. Scott A. Steinberg
626 RXR Plaza
Uniondale, NY 11556
(Attorney for Debtor)

The Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(United States Trustee)

Lewis W. Siegel
630 Third Avenue, 7th Floor
New York, NY 10017
(Attorney for AHM Advisors LLC)

                                                                     /s/ Harold May
                                                                      Harold May

Sworn to before me this
26th day of March, 2015

/s/ Lori Gaetani
Lori Gaetani
Notary Public, State of New York
No. 01GA6080119
Qualified in Nassau County
Commission Expires: 9/09/2018

702091v2