David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq. *(pro hac vice)*
Scott F. Gautier, Esq. *(pro hac vice)*
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, *et al.*,[1] | Case No. 15-12479 (JLG) |
| Debtors, | Jointly Administered |

**NOTICE OF CONTINUED HEARING ON THE MOTION OF 36 WEST
38TH STREET, LLC FOR AN ORDER PURSUANT TO SECTIONS 105(a),
363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 6004 AND 6006 APPROVING (I) SALE PROCEDURES AND
NOTICE OF THE AUCTION RELATING THERETO, (II) THE
STALKING HORSE PURCHASE AGREEMENT, (III) SALE OF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 33 Peck Slip Acquisition LLC (3412), 52 West 13th P, LLC (4970), 36 West 38th Street, LLC (6842), and Gemini 37 West 24th Street MT, LLC (4143 ).

**CERTAIN REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS AND ENCUMBRANCES, AND (IV) GRANTING
RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** the hearing on the Motion filed by Debtor 36 West 38th Street, LLC for an Order Pursuant To Sections 105(A), 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 6004 And 6006 Approving (I) Sale Procedures And Notice Of The Auction Relating Thereto, (II) The Stalking Horse Purchase Agreement, (III) Sale Of Certain Real Property Free And Clear Of Liens, Claims, Interests And Encumbrances, And (IV) Granting Related Relief (the "Motion") has been continued to **October 28, 2015 at 11:00 a.m., Eastern Time** before the Honorable James L. Garrity, United States Bankruptcy Judge, in Courtroom 601 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's direction, the Debtors shall file either an Amended Motion or a Status Report on the Motion by **October 14, 2015 at 2:00 p.m., Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT** any responses or objections to the Amended Motion or the Status Report shall be filed with the Bankruptcy Court on the docket of In re: 33 Peck Slip Acquisition LLC, *et al*., Case No. 15-12479 (JLG) and served on: (i) the Chambers of the Honorable James L. Garrity, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (ii) counsel for the Debtors, Robins Kaplan LLP, 2049 Century Park East, 34th Floor, Los Angeles, CA 90067, Attn: Scott F. Gautier; (iii) the Office of the United States Trustee – Region 2, 201 Varick Street, New York, NY 10014, Attn: Greg Zipes; (iv) counsel for the Cornerstone Lenders, Day Pitney LLP, 242

Trumbull Street, Hartford, CT 06103, Attn: James Tancredi; (v) counsel for the UBS Lenders, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Gilbert Saydah, Jr.; (vi) counsel for William T. Obeid, Meister Seelig & Fein LLP, 125 Park Avenue, 7th Floor, New York, NY 10017, Attn: Stephen Meister; and (vii) all parties that requested notice in these chapter 11 cases under Bankruptcy Rule 2002 **so as to be received no later than October 20, 2015, at 2:00 p.m. (ET)** the ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any reply to any response or objection to the Motion or the Status Report shall be filed with the Bankruptcy Court and delivered to the party that filed the response or objection, chambers for the Honorable James L. Garrity, the attorneys for the Debtor, the United States Trustee, the Cornerstone Lenders, the UBS Lenders, William T. Obeid and any parties that requested notice in these chapter 11 cases **so as to be received no later than October 23, 2015, at 2:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served prior to the Objection Deadline, the relief requested in the Amended Motion may be granted with no further notice or opportunity to be heard.

Dated:     New York, New York
           October 12, 2015

                                        David B. Shemano, Esq.
                                        **ROBINS KAPLAN LLP**
                                        601 Lexington Avenue
                                        Suite 3400
                                        New York, NY 10022-4611
                                        Tel:  (212) 980-7400
                                        Fax: (212) 980-7499

                                        - and –

Howard J. Weg, Esq. (admitted *pro hac vice*)
Scott F. Gautier, Esq. (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel:  (310) 552-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtors and Debtors in Possession*