UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                          Chapter 11

EVERYDAY LOGISTICS LLC                                        Case no. 10-22026 (rdd)

                Debtor.
---------------------------------------------------------x

## POST-CONFIRMATION ORDER AND NOTICE

**WHEREAS** the Court entered an order confirming the above debtor's (the "Debtor") chapter 11 plan (the "Plan") on November 12, 2013 (the "Confirmation Order"), and whereas, pursuant to Local Bankruptcy Rule 58, it is the Debtor's responsibility to inform the Court of the progress made toward consummation of the Plan under 11 U.S.C. § 1101(2), entry of a final decree under Fed. R. Bankr. P. 3022 and case closing under 11 U.S.C. § 350; and good and sufficient cause appearing,

**IT IS HEREBY ORDERED** that the Debtor or its representative shall comply with the following:

1. <u>Reports.</u> Subject to Paragraph 5 hereof and pursuant to 11 U.S.C. § 1106(a)(7), the Debtor shall file, within forty-five (45) days after the date of this order, a status report detailing the actions taken and the progress made in the consummation of the Plan.  Such reports shall be filed thereafter every January 15th, April 15th, and October 15th until a final decree has been entered.

2. <u>Notice.</u> The Debtor shall mail a copy of the Confirmation Order and this order as notice thereof to all parties who have filed a notice of appearance in this case requesting notice of such pleadings.

3. <u>Clerk's Charges and Report Information.</u>  Within fifteen (15) days of the date of this order, the Debtor shall submit a written request to the Clerk of Court to obtain the sum representing any notice and excess claim charges.

4. <u>Final Report and Decree.</u>  Within fifteen (15) days of substantial consummation of the Plan, the Debtor shall file an application for entry of a final decree in accordance with 11 U.S.C. §1106(a)(7).  The application shall include a narrative of the activities taken toward compliance with the Plan and the information typically contained in the reports referred to in Paragraph 1 of this order.  For the purposes of this paragraph, unless demonstrated otherwise, "substantial consummation" is presumed to have occurred with the distribution of any deposit required by the

Plan. If no deposit was required, "consummation" is presumed by the payment of the first distribution required by the Plan.

5.      Case Closing.  The Debtor must submit the information contained in Paragraph 4 hereof, including a final decree closing the case, within six (6) calendar months from the date of the Confirmation Order, unless the Court orders otherwise for cause. If the Debtor fails to comply with this order, the Clerk shall so advise the Court and the Court may enter an order to show cause.

Dated: White Plains, New York
       November 12, 2013

                                              /s/Robert D. Drain
                                              U.S. Bankruptcy Judge
                                              Southern District of New York