B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  Everyday Logistics LLC ,  Case No. 10-22026
  *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November 2013  Date filed: 6/27/14

Line of Business: _____  NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

Eliot Spitzer
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $    433,281.64

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $    -369,099.90
Cash on Hand at End of Month    $    -315,982.63

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $    380,164.37

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $    433,281.64
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $    380,164.37
*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $    53,117.27

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  92,130.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 126 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 33 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 433,281.64 | $ |
| EXPENSES | $ | $ 380,164.37 | $ |
| CASH PROFIT | $ | $ 53,117.27 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month     11/01/2013    through    11/30/2013

## INCOME

| | Received on date | | Bank Deposit | |
| | Cash | Checks | Totals | |
|---|---|---|---|---|
| 1 | 11/01 - 07 | $ 36,008.74 | $ 26,557.18 | $ 62,565.92 |
| 2 | 11/08 - 14 | $ 8,605.95 | $ 71,960.70 | $ 80,566.65 |
| 3 | 11/15 - 21 | $ 223.10 | $ 32,350.40 | $ 32,573.50 |
| 4 | 11/22 - 28 | $ 689.50 | $ 62,696.90 | $ 63,386.40 |
| 5 | 11/29 - 30 | $ 34.00 | $ 500.00 | $ 534.00 |
| | | $ 45,561.29 | $ 194,065.18 | $ 239,626.47 | $ 239,626.47 |

| | Processed on date | | | Credit Card | |
| | AmEx | MC/Visa | Discover | Totals | |
|---|---|---|---|---|---|
| 1 | $ 16,704.86 | $ 21,494.14 | $ 555.10 | $ 38,754.10 |
| 2 | $ 16,852.28 | $ 107,687.19 | $ 6,174.40 | $ 130,713.87 |
| 3 | $ 3,117.06 | $ 3,196.29 | $ 100.00 | $ 6,413.35 |
| 4 | $ 14,975.00 | $ 1,188.22 | | $ 16,163.22 |
| 5 | $ 462.87 | $ 1,010.20 | $ 137.56 | $ 1,610.63 |
| | $ 52,112.07 | $ 134,576.04 | $ 6,967.06 | $ 193,655.17 | $ 193,655.17 |

**Total income for the month:**           $ 433,281.64

## DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):     $ 251,443.21
Total payroll expense (transfers):              $ 128,721.16
Other legal and bank fees (including uncleared checks):

**Total expenses for the month:**           $ 380,164.37

**Cash profit (loss) for the month:**       $ 53,117.27

2:19 PM
05/22/14
Cash Basis

# Granite at The Hudson Valley Resort
## Account QuickReport
### As of November 30, 2013

| Type | Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 11/04/2013 | | E & S DEVELOPMENT & PROPE... | MANAGEMENT FEES 11/1 - 11/7/13 | -1,000.00 |
| Bill P... | 11/04/2013 | | E & S DEVELOPMENT & PROPE... | MANAGEGEMENT FEES 11/1/ - 11/7/13 | -2,000.00 |
| Bill P... | 11/04/2013 | | E & S DEVELOPMENT & PROPE... | MANAGEMENT FEES 11/1 - 11/7/13 | -1,000.00 |
| Bill P... | 11/13/2013 | | E & S DEVELOPMENT & PROPE... | MANAGEMENT FEES 11/8 - 11/14/13 | -3,000.00 |
| Bill P... | 11/13/2013 | | E & S DEVELOPMENT & PROPE... | MANAGEMENT FEES 11/8 - 11/14/13 | -2,000.00 |
| Bill P... | 11/19/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -8,472.80 |
| Bill P... | 11/04/2013 | 8670 | COFFEE SYSTEM OF THE HUDS... | 150620 | -43.15 |
| Bill P... | 11/04/2013 | 8680 | CASH | security, transport, refund, adver, postage | -911.00 |
| Bill P... | 11/04/2013 | 8681 | CAPITAL ONE | LAMELA'S 2105 ACCT# 110916 OCTOBER WAS... | -5,927.04 |
| Bill P... | 11/04/2013 | 8682 | CAPITAL ONE | PFG SPRINGFIELD FOOD 2105 | -14,816.68 |
| Bill P... | 11/04/2013 | 8683 | PHOENIX / BEEHIVE | ACCT# 500963 BEER DEL | -207.25 |
| Bill P... | 11/04/2013 | 8684 | CAPITAL ONE | SYSCO FOODS 1894 | -8,781.28 |
| Bill P... | 11/06/2013 | 8685 | ANA PALOP VELASQUEZ | 800 CHA8IRS | -950.40 |
| Bill P... | 11/06/2013 | 8686 | SID BORENSTEIN & COMPANY | TAX RETURNS | -5,000.00 |
| Bill P... | 11/06/2013 | 8687 | DUSO FOOD DISTRIBUTORS INC. | food | -154.85 |
| Bill P... | 11/06/2013 | 8688 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -602.16 |
| Bill P... | 11/06/2013 | 8689 | SOUTHERN WINE & SPIRITS OF ... | ACCT# 34629 | -782.99 |
| Bill P... | 11/07/2013 | 8690 | BINNEWATER ICE COMPANY INC. | ACCT# 20990 COOLER RENTAL | -54.00 |
| Bill P... | 11/07/2013 | 8691 | CENTRAL HUDSON | ACCT# 9100-0400-00-1 TRANSFORMER RENTAL | -428.03 |
| Bill P... | 11/07/2013 | 8692 | CLARK ANGEVINE | reimbursment lessons, merchandise, rentals | -759.00 |
| Bill P... | 11/07/2013 | 8693 | DONVAN G LENNON | PPE 10/31/13 | -144.00 |
| Bill P... | 11/07/2013 | 8694 | DOREEN DAY | PPE 10/31/13 | -102.00 |
| Bill P... | 11/07/2013 | 8695 | FRANK L. BURNS JR. | Consultant 11/1 & 2, 2013 | -500.00 |
| Bill P... | 11/07/2013 | 8696 | GENEVIEVE HOLM | PPE 10/31/13 | -117.00 |
| Bill P... | 11/07/2013 | 8697 | MARLON DA SILVEIRA | PPE 10/31/13 | -177.00 |
| Bill P... | 11/07/2013 | 8698 | NOBLE GAS SOLUTIONS | ACCT3 2971 MONTHLY RENTAL CYLINDER | -69.37 |
| Bill P... | 11/07/2013 | 8699 | PABLO FERRADA | PPE 10/31/13 | -426.00 |
| Bill P... | 11/08/2013 | 8700 | BANK OF AMERICA | water valve for laundry | -488.00 |
| Bill P... | 11/08/2013 | 8701 | CAPITAL ONE | belts, fluids, compressor rental | -672.53 |
| Bill P... | 11/08/2013 | 8702 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -308.55 |
| Bill P... | 11/08/2013 | 8703 | CASH | PETTY CASH, FOOD, GUEST SUPPLIES, CUTLER... | -391.74 |
| Bill P... | 11/08/2013 | 8704 | EXPEDIA INC. | hotel id # 172034 commission | -175.90 |
| Bill P... | 11/08/2013 | 8705 | HD SUPPLY FACILITIES MAINTE... | supplies | -732.26 |
| Bill P... | 11/08/2013 | 8706 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -126.00 |
| Bill P... | 11/11/2013 | 8707 | ENVIRONMENTAL LABWORKS, I... | LEAD & COPPER WATER TEST 10/23/13 | -395.00 |
| Bill P... | 11/11/2013 | 8708 | FRANK L. BURNS JR. | CONSULTANT 11/8 & 10, 2013 | -500.00 |
| Bill P... | 11/11/2013 | 8709 | ICONTACT | ACCT# HUDSON VALLEY 12/1 - 12/31/13 | -79.92 |
| Bill P... | 11/11/2013 | 8710 | IPFS CORPORATION | ACCT# NJN-192086 GENERAL LIABILITY INS | -20,013.78 |
| Bill P... | 11/11/2013 | 8711 | NOBLE GAS SOLUTIONS | ACCT# 2971 ANNUAL CYLINDER LEASE | -71.28 |
| Bill P... | 11/11/2013 | 8712 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA | -467.60 |
| Bill P... | 11/11/2013 | 8713 | THE HARTFORD | 166 12838463 | -6,808.02 |
| Bill P... | 11/11/2013 | 8714 | CAPITAL ONE | HERITAGENERGY CAPITAL 0NE 1894 | -8,802.59 |
| Bill P... | 11/11/2013 | 8715 | Chase Credit Card | BURKE SUPPLIES 1776 UNITED | -3,893.51 |
| Bill P... | 11/11/2013 | 8716 | Chase Credit Card | ECOLAB ACCT# 017472572 LAUNDRY UNITED 1... | -1,335.98 |
| Bill P... | 11/11/2013 | 8717 | CAPITAL ONE | CORNER STONE ACCT# 5004202 PHONE CAPIT... | -2,364.80 |
| Bill P... | 11/11/2013 | 8718 | CAPITAL ONE | CONSTELLATION ACCT# 1-115HXS2 ELECTRIC ... | -17,232.28 |
| Bill P... | 11/11/2013 | 8719 | Chase Credit Card | J.C. Ehrlich United 1776 | -2,212.20 |
| Bill P... | 11/11/2013 | 8720 | CAPITAL ONE | CENTRAL HUDSON ACCT #3699-2710-00-8 OCT... | -11,344.28 |
| Bill P... | 11/11/2013 | 8721 | Chase Credit Card | MICROS ANNUAL RENEWAL & QUARTERLY UNIT... | -2,241.49 |
| Bill P... | 11/11/2013 | 8722 | BANK OF AMERICA | RELIABLE OFFICE SUPPLIES ACCT# 01116657 S... | -886.55 |
| Bill P... | 11/11/2013 | 8723 | CAPITAL ONE | SYSCO FOOD 1894 | -11,212.06 |
| Bill P... | 11/11/2013 | 8724 | Chase Credit Card | PFG SPRINGFIELD UNITED 1776 | -4,097.77 |
| Bill P... | 11/11/2013 | 8725 | Chase Credit Card | TIME WARNER CABLE UNITED 1776 | -1,492.44 |
| Bill P... | 11/12/2013 | 8726 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 10/31/13 INSTALL # 43 | -3,750.00 |
| Bill P... | 11/12/2013 | 8727 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 11/7/13 INSTALL # 44 | -3,750.00 |
| Bill P... | 11/14/2013 | 8728 | ADP, INC | acct# 287801 payroll processing | -276.15 |
| Bill P... | 11/14/2013 | 8729 | BOOKING.COM B. V. | COMMISSION 10/1 - 10/13/13 | -1,421.85 |
| Bill P... | 11/14/2013 | 8730 | BURKE SUPPLY | 190007 | -230.61 |
| Bill P... | 11/14/2013 | 8731 | DONVAN G LENNON | PPE 11/7/13 | -273.00 |
| Bill P... | 11/14/2013 | 8732 | DOREEN DAY | PPE 11/7/13 | -174.00 |
| Bill P... | 11/14/2013 | 8733 | GENARES | ACCT# 12655 INTERNET RESERVATIONS | -744.01 |
| Bill P... | 11/14/2013 | 8734 | GENEVIEVE HOLM | PPE 11/7/13 | -57.00 |
| Bill P... | 11/14/2013 | 8735 | JENNIFER G. SCHNETZLER | PPE 11/7/13 | -165.00 |
| Bill P... | 11/14/2013 | 8736 | JORGE H. VEGA | PPE 11/7/13 | -51.00 |
| Bill P... | 11/14/2013 | 8737 | K.C. ENGINEERING AND LAND S... | 10/1 -10/31/13 labor water system dod | -810.00 |
| Bill P... | 11/14/2013 | 8738 | KARINA GONZABAY | PPE 11/7/13 | -54.00 |
| Bill P... | 11/14/2013 | 8739 | MARLON DA SILVEIRA | PPE 11/7/13 | -408.00 |

Page 1

2:19 PM
05/22/14
Cash Basis

# Granite at The Hudson Valley Resort
## Account QuickReport
### As of November 30, 2013

| Type | Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|---|
| Bill P... | 11/14/2013 | 8740 | MAXINE ROSOLA | PPE 11/7/13 | -108.00 |
| Bill P... | 11/14/2013 | 8741 | PABLO FERRADA | PPE 11/7/13 | -384.00 |
| Bill P... | 11/14/2013 | 8742 | ROOM 77, INC. | COMMISSION FOR OHARENKO, JOHN 8/30 - 9/2/13 | -51.70 |
| Bill P... | 11/14/2013 | 8743 | CASH | PETTY CASH. ELECTIRCAL, BEV, LABOR, ADVER... | -1,323.90 |
| Bill P... | 11/14/2013 | 8744 | DUSO FOOD DISTRIBUTORS INC. | cheese blintz & potato pancakes | -159.45 |
| Bill P... | 11/14/2013 | 8745 | PLAST | TRIPLE AD  2014 CALENDAR | -190.00 |
| Bill P... | 11/14/2013 | 8746 | Chase Credit Card | HOME DEPOT 7215 | -1,903.00 |
| Bill P... | 11/14/2013 | 8747 | OTTO FREY | OCT & NOV 2013 WATER OPERATOR | -600.00 |
| Bill P... | 11/14/2013 | 8748 | OSTROFF, HIFFA & ASSOCIATE... | AUGUST 2013 RETAINER RECEIVED 11/14/13 | -1,000.00 |
| Bill P... | 11/15/2013 | 8749 | AMERICAN EXPRESS | POSTAGE, BEV. FOOD | -495.01 |
| Bill P... | 11/15/2013 | 8750 | Chase Credit Card | SUPPLIES, POSTAGE, AD, BQT, ROOMS | -768.90 |
| Bill P... | 11/19/2013 | 8751 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -291.61 |
| Bill P... | 11/19/2013 | 8752 | DOREEN DAY | PPE 11/13/13 | -128.00 |
| Bill P... | 11/19/2013 | 8753 | ENVIRONMENTAL LABWORKS, I... | SEWER PLANT TESTING | -330.00 |
| Bill P... | 11/19/2013 | 8754 | FRANK L. BURNS JR. | CONSULTANT 11/15/13 | -250.00 |
| Bill P... | 11/19/2013 | 8755 | FRESKEETO FROZEN FOODS | CASE OF TEA FROM 10/18/13 | -34.90 |
| Bill P... | 11/19/2013 | 8756 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 11/19/2013 | 8757 | MICHAEL TULLY | SHOP RITE FOR ACADEMY FOR JEWISH RELIGI... | -99.92 |
| Bill P... | 11/19/2013 | 8758 | NEIMAN'S KOSHER FISH | Scrad, Sol, Tlapia | -397.20 |
| Bill P... | 11/19/2013 | 8759 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126  SODA | -202.20 |
| Bill P... | 11/19/2013 | 8760 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -126.00 |
| Bill P... | 11/19/2013 | 8761 | WILFRED MACDONALD INC. | 200700 | -195.66 |
| Bill P... | 11/19/2013 | 8762 | CAPITAL ONE | PFG SPRINGFIELD & GLAUBERS 2105 | -2,365.99 |
| Bill P... | 11/19/2013 | 8763 | THE CHEF'S KINGDOM INC | Academy for Jewish Religion | -2,019.17 |
| Bill P... | 11/19/2013 | 8764 | RABBI KAHN | Academy fro Jewish Religion | -1,000.00 |
| Bill P... | 11/21/2013 | 8765 | ASSOCIATION OF FIRE DISTRIC... | REIMBURSEMENT FOR LUNCHES @ HONORS H... | -799.00 |
| Bill P... | 11/21/2013 | 8766 | CAPITAL ONE | HERITAGENERGY 2105 | -10,234.13 |
| Bill P... | 11/21/2013 | 8767 | DONVAN G LENNON | PPE 11/14/13 | -267.00 |
| Bill P... | 11/21/2013 | 8768 | GENEVIEVE HOLM | PPE 11/14/13 | -189.00 |
| Bill P... | 11/21/2013 | 8769 | JORGE H. VEGA | PPE 11/14/13 | -249.00 |
| Bill P... | 11/21/2013 | 8770 | KARINA GONZABAY | PPE 11/14/13 | -270.00 |
| Bill P... | 11/21/2013 | 8771 | MARLON DA SILVEIRA | PPE 11/14/13 | -270.00 |
| Bill P... | 11/21/2013 | 8772 | PABLO FERRADA | PPE 11/14/13 | -213.00 |
| Bill P... | 11/21/2013 | 8773 | SPAIN AGENCY, INC. | acct# EVERY - 3 PKG END'T/INCREASE TO $4M | -968.07 |
| Bill P... | 11/21/2013 | 8774 | ULSTER UNIFORM SERVICE, INC. | grnds & maint | -126.00 |
| Bill P... | 11/21/2013 | 8775 | CAPITAL ONE | anit freeze,, chlorine, sprinkler system 4000 w, brush ... | -1,753.01 |
| Bill P... | 11/21/2013 | 8776 | Chase Credit Card | water valve | -503.82 |
| Bill P... | 11/21/2013 | 8777 | CASH | Petty Cash, food, mileage,euqi[ | -190.24 |
| Bill P... | 11/22/2013 | 8779 | HUDSON VALLEY TENT CO. INC | TAKE DOWN, CLEAN, AND ERECT TENT 2000.DE... | -2,000.00 |
| Bill P... | 11/22/2013 | 8780 | AMERICAN EXPRESS | POSTAGE, ELECTRICAL, ROOMS, ACTIVITIES, A&P | -990.97 |
| Bill P... | 11/22/2013 | 8781 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 11/14/13 INSTALL # 45 | -3,750.00 |
| Bill P... | 11/25/2013 | 8782 | ASSOCIATION OF FIRE DISTRIC... | REBATE FOR CONFERENCE  10/31 - 11/2/13 | -530.00 |
| Bill P... | 11/25/2013 | 8783 | DONVAN G LENNON | PPE 11/21/13 | -60.00 |
| Bill P... | 11/25/2013 | 8784 | HUDSON VALLEY INTERNET | ACCT# 2729 QUARTERLY DOMAIN HOST INTERN... | -60.00 |
| Bill P... | 11/25/2013 | 8785 | TIME WARNER CABLE | acct#  8150 30 037 0135365   check still not received ... | -36.27 |
| Bill P... | 11/25/2013 | 8786 | CAPITAL ONE | AVAYA   acct# 0101838345   phone system | -1,926.00 |
| Bill P... | 11/25/2013 | 8787 | AMERICAN EXPRESS | transportation, phone, vip | -1,529.90 |
| Bill P... | 11/27/2013 | 8788 | CAPITAL ONE | Repay payroll 11/21/13 | -20,444.00 |
| Bill P... | 11/27/2013 | 8789 | CAPITAL ONE | pump, frabic, tile, paint, travel | -2,672.64 |
| Bill P... | 11/27/2013 | 8790 | CASH | labor, banquet, kosher food | -1,683.29 |
| Bill P... | 11/27/2013 | 8791 | AMERICAN EXPRESS | transportation, vip | -882.84 |
| Bill P... | 11/27/2013 | 8792 | CASH | fire system inspection, a/c, electrical, returns, ad, | -3,032.50 |
| Bill P... | 11/27/2013 | 8793 | A & M HARDWARE | ACCT# 361A SUPPLIES | -994.87 |
| Bill P... | 11/27/2013 | 8794 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -282.45 |
| Bill P... | 11/21/2013 | 8795 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 11/14 -11/21/13 INSTALL ... | -7,500.00 |
| Bill P... | 11/27/2013 | 8796 | CENTRAL HUDSON | ACCT# 3023-0740-00-0  381 GRANITE HOUSE | -411.30 |
| Bill P... | 11/27/2013 | 8797 | Chase Credit Card | BEV, POSTAGE, TRANS, A&P | -1,126.69 |
| Bill P... | 11/27/2013 | 8798 | RICOH USA , INC | 1329244-SNC257 | -1,493.46 |
| Bill P... | 11/27/2013 | 8799 | ULSTER UNIFORM SERVICE, INC. | ENG & GRNDS | -102.00 |

Total 10114 · Chase Bank - Operating DIP Acct        -251,443.21

**TOTAL**        -251,443.21

2:14 PM
05/22/14

# Granite at The Hudson Valley Resort
## Unpaid Bills Detail
### As of November 30, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **OREST FEDASH** | | | | | |
| Bill | 11/07/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 754 | 20,000.00 |
| Bill | 06/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 518 | 21,030.00 |
| Bill | 09/07/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 449 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **OSTROFF, HIFFA & ASSOCIATES, INC.** | | | | | |
| Bill | 09/15/2013 | 1013 | Legislative Consultant 10/2013 | 76 | 1,000.00 |
| Total OSTROFF, HIFFA & ASSOCIATES, INC. | | | | | 1,000.00 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 1135 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **TRAVELNET SOLUTIONS** | | | | | |
| Bill | 09/18/2013 | 71113 | MONTHLY SUBSCRIPTION FEE 25.00 | 73 | 100.00 |
| Total TRAVELNET SOLUTIONS | | | | | 100.00 |
| **TOTAL** | | | | | 92,130.00 |

Page 1

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000453 DRE 802 153 33413 NNNNNNNNNNNN T 1 000000000 64 0000

EVERYDAY LOGISTICS LLC DIP
DBA HUDSON VALLEY RESORT
DEBTOR IN POSSESSION
400 GRANITE RD
KERHONKSON NY 12446-3557



We will waive more fees when you link your business account to a consumer account
Good news. Starting November 17, we will waive fees for Money Orders, Traveler Checks, Cashier Checks and Counter Checks, if:
- You have Chase BusinessSelect Checking(R), Chase BusinessClassic(SM) Checking or Chase Total Business Checking (SM), and
- You link that account to a qualifying Chase consumer checking account

Please visit a branch or call the number on this statement if you have any questions.

## Agreement Updates for Deposit Accounts and Chase Liquid® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us. You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $69,077.21 |
| Deposits and Additions | 101 | 498,084.73 |
| Checks Paid | 142 | - 206,585.87 |
| Electronic Withdrawals | 18 | - 287,438.16 |
| Fees and Other Withdrawals | 25 | - 72,528.77 |
| Ending Balance | 286 | $609.14 |

This message confirms that you have overdraft protection on your checking account.

Page 1 of 10

# CHASE

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | $290.04 |
| 11/04 | ODP Transfer From Savings 000003008716242 | 23,150.00 |
| 11/04 | Deposit | 32,700.00 |
| 11/04 | Deposit | 7,192.18 |
| 11/04 | Deposit | 1,301.18 |
| 11/04 | Deposit | 1,136.84 |
| 11/04 | Deposit | 919.20 |
| 11/04 | Deposit | 671.41 |
| 11/04 | Deposit | 471.82 |
| 11/04 | Bankcard 4539   Mtot Dep   423849240093088 CCD ID: 10044539SD | 14,197.80 |
| 11/04 | American Express Settlement 6314376260   CCD ID: 1134992250 | 1,570.60 |
| 11/04 | Bankcard 4539   Mtot Dep   423849240093088 CCD ID: 10044539SD | 97.90 |
| 11/04 | Bankcard 4539   Mtot Dep   423849240093016 CCD ID: 10044539SD | 8.66 |
| 11/04 | American Express Settlement 6314376302   CCD ID: 1134992250 | 2.41 |
| 11/05 | American Express Settlement 6314376260   CCD ID: 1134992250 | 9,392.80 |
| 11/05 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 6,622.42 |
| 11/05 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 302.96 |
| 11/06 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 9,145.12 |
| 11/06 | American Express Settlement 6314376260   CCD ID: 1134992250 | 2,845.52 |
| 11/06 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 469.34 |
| 11/06 | American Express Settlement 6314376302   CCD ID: 1134992250 | 174.33 |
| 11/07 | Deposit | 182.49 |
| 11/07 | Deposit | 17.50 |
| 11/07 | Transfer From Sav Xxxxxx6242 | 25,000.00 |
| 11/07 | American Express Settlement 6314376260   CCD ID: 1134992250 | 3,902.00 |
| 11/07 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 1,092.44 |
| 11/07 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 102.69 |
| 11/08 | ODP Transfer From Savings 000003008716242 | 900.00 |
| 11/08 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 398.80 |
| 11/08 | American Express Settlement 6314376260   CCD ID: 1134992250 | 119.90 |
| 11/12 | ODP Transfer From Savings 000003008716242 | 2,550.00 |
| 11/12 | Deposit | 3,500.49 |
| 11/12 | Deposit | 3,284.70 |
| 11/12 | Deposit | 2,590.96 |
| 11/12 | Deposit | 1,994.34 |
| 11/12 | Deposit | 11.80 |
| 11/12 | Bankcard 4539   Mtot Dep   423849240093088 CCD ID: 10044539SD | 3,027.46 |
| 11/12 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 2,365.80 |
| 11/12 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 971.45 |
| 11/12 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 877.30 |
| 11/12 | American Express Settlement 6314376260   CCD ID: 1134992250 | 148.24 |
| 11/12 | American Express Settlement 6314376302   CCD ID: 1134992250 | 111.94 |
| 11/12 | American Express Settlement 6314376260   CCD ID: 1134992250 | 109.00 |
| 11/12 | American Express Settlement 6314376260   CCD ID: 1134992250 | 105.90 |
| 11/12 | American Express Settlement 6314376302   CCD ID: 1134992250 | 7.26 |
| 11/13 | Deposit   1207538784 | 25,000.00 |
| 11/13 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 107,113.10 |



November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/13 | American Express Settlement 6314376260    CCD ID: 1134992250 | 1,314.50 |
| 11/13 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 584.63 |
| 11/13 | American Express Settlement 6314376302    CCD ID: 1134992250 | 138.01 |
| 11/14 | American Express Settlement 6314376260    CCD ID: 1134992250 | 13,808.20 |
| 11/14 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 644.70 |
| 11/14 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 76.07 |
| 11/14 | American Express Settlement 6314376302    CCD ID: 1134992250 | 2.91 |
| 11/15 | Deposit    1277958793 | 2,000.00 |
| 11/15 | Deposit | 3.00 |
| 11/15 | American Express Settlement 6314376260    CCD ID: 1134992250 | 749.40 |
| 11/15 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 13.14 |
| 11/18 | Bankcard 4539    Mtot Dep    423849240093088 CCD ID: 10044539SD | 759.04 |
| 11/18 | American Express Settlement 6314376260    CCD ID: 1134992250 | 739.10 |
| 11/18 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 636.78 |
| 11/18 | Bankcard 4539    Mtot Dep    423849240093016 CCD ID: 10044539SD | 12.38 |
| 11/19 | ODP Transfer From Savings 000003008716242 | 800.00 |
| 11/19 | Deposit | 1,682.00 |
| 11/19 | Deposit | 504.00 |
| 11/19 | Deposit | 15.61 |
| 11/19 | Deposit | 9.50 |
| 11/19 | Deposit | 3.00 |
| 11/19 | Transfer From Sav Xxxxxx6242 | 40,000.00 |
| 11/19 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 10.81 |
| 11/20 | ODP Transfer From Savings 000003008716242 | 2,750.00 |
| 11/20 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 315.78 |
| 11/21 | ODP Transfer From Savings 000003008716242 | 3,600.00 |
| 11/21 | Deposit | 25,425.69 |
| 11/21 | Deposit | 2,749.41 |
| 11/21 | Deposit | 186.29 |
| 11/21 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 1,284.90 |
| 11/21 | American Express Settlement 6314376260    CCD ID: 1134992250 | 152.22 |
| 11/22 | American Express Settlement 6314376260    CCD ID: 1134992250 | 2,812.94 |
| 11/22 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 375.60 |
| 11/25 | Deposit | 2,362.50 |
| 11/25 | Deposit | 505.00 |
| 11/25 | Deposit | 45.10 |
| 11/25 | Deposit | 6.00 |
| 11/25 | Deposit | 1.00 |
| 11/25 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 571.70 |
| 11/25 | American Express Settlement 6314376260    CCD ID: 1134992250 | 126.90 |
| 11/25 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 123.90 |
| 11/25 | American Express Settlement 6314376260    CCD ID: 1134992250 | 119.90 |
| 11/25 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 46.00 |
| 11/25 | Bankcard 4539    Btot Dep    423849240093016 CCD ID: 10044539SD | 16.83 |
| 11/26 | ODP Transfer From Savings 000003008716242 | 1,550.00 |
| 11/26 | Transfer From Chk Xxxxxx0999 | 5,000.00 |
| 11/27 | Bankcard 4539    Btot Dep    423849240093088 CCD ID: 10044539SD | 20,904.98 |



# CHASE

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | American Express Settlement 6314376302   CCD ID: 1134992250 | 72.64 |
| 11/27 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 19.24 |
| 11/29 | American Express Settlement 6314376260   CCD ID: 1134992250 | 51,500.00 |
| 11/29 | American Express Settlement 6314376260   CCD ID: 1134992250 | 12,650.00 |
| 11/29 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 145.34 |
| 11/29 | Bankcard 4539   Btot Dep   423849240093016 CCD ID: 10044539SD | 7.00 |
| 11/29 | Bankcard 4539   Btot Dep   423849240093088 CCD ID: 10044539SD | 3.00 |
| **Total Deposits and Additions** | | **$498,084.73** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8215 ^ | 11/07 | 11/07 | $410.00 |
| 8389 * ^ | | 11/07 | 415.80 |
| 8453 * ^ | | 11/18 | 207.09 |
| 8532 * ^ | | 11/12 | 108.45 |
| 8534 * ^ | | 11/05 | 1,203.40 |
| 8553 * ^ | | 11/13 | 317.52 |
| 8563 * ^ | 11/01 | 11/01 | 207.00 |
| 8591 * ^ | | 11/01 | 400.00 |
| 8597 * ^ | | 11/01 | 640.00 |
| 8603 * ^ | | 11/04 | 102.00 |
| 8604 ^ | | 11/13 | 51.00 |
| 8613 * ^ | | 11/14 | 72.00 |
| 8617 * ^ | | 11/13 | 105.00 |
| 8620 * ^ | | 11/05 | 18.13 |
| 8632 * ^ | | 11/01 | 1,135.07 |
| 8637 * ^ | | 11/04 | 985.17 |
| 8641 * ^ | | 11/06 | 307.36 |
| 8644 * ^ | | 11/04 | 806.94 |
| 8645 ^ | | 11/05 | 174.00 |
| 8646 ^ | | 11/08 | 500.00 |
| 8647 ^ | | 11/04 | 761.79 |
| 8648 ^ | | 11/12 | 51.00 |
| 8649 ^ | | 11/07 | 114.00 |
| 8650 ^ | | 11/04 | 600.00 |
| 8651 ^ | | 11/04 | 3,048.75 |
| 8652 ^ | | 11/04 | 15.50 |
| 8653 ^ | | 11/07 | 13.90 |
| 8656 * ^ | | 11/04 | 330.00 |
| 8657 ^ | | 11/05 | 282.00 |
| 8658 ^ | | 11/06 | 60.00 |
| 8659 ^ | | 11/05 | 252.00 |
| 8660 ^ | | 11/06 | 60.00 |
| 8661 ^ | | 11/04 | 288.00 |
| 8662 ^ | | 11/08 | 1,407.50 |

**CHASE**

November 01, 2013 through November 29, 2013
Account Number: 000000861329605



## CHECKS PAID  (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8663 ^ | | 11/04 | 5,992.52 |
| 8664 ^ | | 11/04 | 675.41 |
| 8665 ^ | | 11/06 | 3,314.66 |
| 8666 ^ | | 11/08 | 7,082.91 |
| 8667 ^ | | 11/12 | 291.90 |
| 8668 ^ | | 11/08 | 497.27 |
| 8669 ^ | | 11/04 | 299.75 |
| 8670 ^ | | 11/08 | 43.15 |
| 8671 ^ | | 11/07 | 405.25 |
| 8672 ^ | | 11/26 | 415.80 |
| 8673 ^ | | 11/08 | 70.19 |
| 8674 ^ | | 11/08 | 200.00 |
| 8675 ^ | | 11/08 | 102.00 |
| 8676 ^ | | 11/07 | 146.88 |
| 8677 ^ | | 11/12 | 210.80 |
| 8678 ^ | | 11/08 | 126.00 |
| 8679 ^ | | 11/13 | 500.00 |
| 8680 ^ | | 11/04 | 911.00 |
| 8681 ^ | 11/04 | 11/04 | 5,927.04 |
| 8682 ^ | 11/04 | 11/04 | 14,816.68 |
| 8683 ^ | | 11/12 | 207.25 |
| 8684 ^ | | 11/08 | 8,781.28 |
| 8685 ^ | | 11/13 | 950.40 |
| 8687 *^ | | 11/07 | 154.85 |
| 8688 ^ | | 11/12 | 602.16 |
| 8689 ^ | | 11/12 | 782.99 |
| 8690 ^ | | 11/14 | 54.00 |
| 8691 ^ | | 11/12 | 428.03 |
| 8692 ^ | | 11/12 | 759.00 |
| 8693 ^ | | 11/14 | 144.00 |
| 8694 ^ | | 11/20 | 102.00 |
| 8695 ^ | | 11/14 | 500.00 |
| 8696 ^ | | 11/13 | 117.00 |
| 8697 ^ | | 11/13 | 177.00 |
| 8698 ^ | | 11/13 | 9.37 |
| 8699 ^ | | 11/12 | 426.00 |
| 8700 ^ | | 11/14 | 488.00 |
| 8701 ^ | | 11/12 | 672.53 |
| 8702 ^ | | 11/21 | 308.55 |
| 8703 ^ | | 11/12 | 391.74 |
| 8704 ^ | | 11/13 | 175.90 |
| 8705 ^ | | 11/12 | 732.26 |
| 8706 ^ | | 11/13 | 126.00 |
| 8707 ^ | | 11/18 | 395.00 |
| 8708 ^ | | 11/20 | 500.00 |
| 8709 ^ | | 11/18 | 79.92 |

**CHASE**

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## CHECKS PAID | (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8710 ^ | 11/13 | 11/13 | 20,013.78 |
| 8711 ^ | | 11/14 | 71.28 |
| 8712 ^ | | 11/18 | 467.60 |
| 8713 ^ | | 11/19 | 6,808.02 |
| 8714 ^ | 11/13 | 11/13 | 8,802.59 |
| 8715 ^ | | 11/15 | 3,893.51 |
| 8716 ^ | | 11/13 | 1,335.98 |
| 8717 ^ | | 11/12 | 2,364.80 |
| 8718 ^ | 11/21 | 11/21 | 17,232.28 |
| 8719 ^ | | 11/15 | 2,212.20 |
| 8720 ^ | 11/13 | 11/13 | 11,344.28 |
| 8721 ^ | | 11/21 | 2,241.49 |
| 8722 ^ | | 11/14 | 886.55 |
| 8723 ^ | 11/13 | 11/13 | 11,212.06 |
| 8724 ^ | | 11/15 | 4,097.77 |
| 8725 ^ | | 11/29 | 1,492.44 |
| 8726 ^ | 11/13 | 11/13 | 3,750.00 |
| 8727 ^ | 11/13 | 11/13 | 3,750.00 |
| 8728 ^ | | 11/19 | 276.15 |
| 8729 ^ | | 11/20 | 1,421.85 |
| 8730 ^ | | 11/18 | 230.61 |
| 8731 ^ | | 11/26 | 273.00 |
| 8732 ^ | | 11/20 | 174.00 |
| 8733 ^ | | 11/21 | 744.01 |
| 8734 ^ | | 11/19 | 57.00 |
| 8735 ^ | | 11/18 | 165.00 |
| 8736 ^ | | 11/20 | 51.00 |
| 8737 ^ | | 11/20 | 810.00 |
| 8738 ^ | | 11/19 | 54.00 |
| 8739 ^ | | 11/15 | 408.00 |
| 8740 ^ | | 11/22 | 108.00 |
| 8741 ^ | | 11/19 | 384.00 |
| 8742 ^ | | 11/19 | 51.70 |
| 8743 ^ | | 11/13 | 1,323.90 |
| 8744 ^ | | 11/15 | 159.45 |
| 8747 *^ | | 11/25 | 600.00 |
| 8748 ^ | | 11/15 | 1,000.00 |
| 8749 ^ | | 11/18 | 495.01 |
| 8750 ^ | | 11/15 | 768.90 |
| 8755 *^ | | 11/25 | 34.90 |
| 8757 *^ | | 11/26 | 99.92 |
| 8758 ^ | | 11/25 | 397.20 |
| 8760 *^ | | 11/26 | 126.00 |
| 8761 ^ | | 11/26 | 195.66 |
| 8762 ^ | 11/21 | 11/21 | 2,365.99 |
| 8763 ^ | 11/21 | 11/21 | 2,019.17 |

**CHASE**

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8764 ^ | 11/19 | 11/19 | 1,000.00 |
| 8767 * ^ | | 11/26 | 267.00 |
| 8768 ^ | | 11/25 | 189.00 |
| 8769 ^ | | 11/26 | 249.00 |
| 8770 ^ | | 11/25 | 270.00 |
| 8771 ^ | | 11/25 | 270.00 |
| 8772 ^ | | 11/26 | 213.00 |
| 8773 ^ | | 11/29 | 968.07 |
| 8774 ^ | | 11/26 | 126.00 |
| 8775 ^ | | 11/26 | 1,753.01 |
| 8776 ^ | | 11/29 | 503.82 |
| 8777 ^ | 11/27 | 11/27 | 190.24 |
| 8779 * ^ | | 11/25 | 2,000.00 |
| 8780 ^ | | 11/25 | 990.97 |
| 8781 ^ | 11/29 | 11/29 | 3,750.00 |
| 8787 * ^ | | 11/29 | 1,529.90 |

**Total Checks Paid**  $206,585.87

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | 11/01 Fedwire Debit Via: Valley Passaic/021201383 A/C: Kennedy Funding Financial LLC Ref:/Time/13:55 Imad: 1101B1Qgc08C012445 Trn: 4574100305Es | $50,000.00 |
| 11/04 | 11/04 Fedwire Debit Via: Valley Passaic/021201383 A/C: Kennedy Funding Financial LLC Ref:/Time/14:28 Imad: 1104B1Qgc04C009435 Trn: 4061300308Es | 50,000.00 |
| 11/04 | Bankcard 4539    Mtot Disc  423849240093088 CCD ID: 10044539Sm | 6,523.84 |
| 11/04 | Transfer To Chk Xxxxxx0454 | 4,119.04 |
| 11/04 | Bankcard 4539    Mtot Disc  423849240093016 CCD ID: 10044539Sm | 145.72 |
| 11/07 | Transfer To Chk Xxxxxx0454 | 33,000.00 |
| 11/12 | American Express Axp Discnt 6314376260    CCD ID: 1134992250 | 6,960.15 |
| 11/12 | Transfer To Chk Xxxxxx0454 | 6,635.45 |
| 11/13 | Transfer To Chk Xxxxxx0454 | 40,000.00 |
| 11/15 | Bankcard 4539    Btot Dep  423849240093088 CCD ID: 10044539SD | 185.00 |
| 11/18 | American Express Collection 6314376260    CCD ID: 1134992250 | 129.00 |
| 11/19 | American Express Collection 6314376260    CCD ID: 1134992250 | 94.90 |
| 11/21 | Nys Tax & Financ Sales Tax  Sw1304269708 2  CCD ID: 1001010042 | 8,472.80 |
| 11/26 | Transfer To Chk Xxxxxx0454 | 5,000.00 |
| 11/26 | Shift4-Debits    11262013  C9725    CCD ID: 1330597785 | 85.46 |

# CHASE

November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | Transfer To Chk Xxxxx0454 | 18,000.00 |
| 11/29 | 11/29 Fedwire Debit Via: Bco Popular Noamer/026008811 A/C: 565-569 Warren Street LLC Ref:/Time/11:11 Imad: 1129B1Qgc07C004314 Trn: 4123000333Es | 51,000.00 |
| 11/29 | Transfer To Chk Xxxxx0454 | 7,086.80 |
| **Total Electronic Withdrawals** | | **$287,438.16** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Outgoing Domestic Wire Fee | $30.00 |
| 11/04 | 11/04 Transfer To Chk Xxxxx2006 | 1,000.00 |
| 11/04 | 11/04 Transfer To Chk Xxxxx5627 | 2,000.00 |
| 11/04 | 11/04 Transfer To Chk Xxxxx9836 | 1,000.00 |
| 11/04 | Outgoing Domestic Wire Fee | 30.00 |
| 11/04 | ODP Transfer Fee | 10.00 |
| 11/04 | Official Checks Charge | 8.00 |
| 11/07 | 11/07 Transfer To Chk Xxxxx0454 | 1,486.44 |
| 11/08 | ODP Transfer Fee | 10.00 |
| 11/12 | ODP Transfer Fee | 10.00 |
| 11/13 | 11/13 Transfer To Chk Xxxxx5627 | 2,000.00 |
| 11/13 | 11/13 Transfer To Chk Xxxxx2006 | 3,000.00 |
| 11/14 | 11/14 Transfer To Chk Xxxxx2006 | 25,000.00 |
| 11/19 | 11/19 Transfer To Chk Xxxxx0454 | 6,706.58 |
| 11/19 | 11/19 Transfer To Chk Xxxxx0454 | 30,000.00 |
| 11/19 | ODP Transfer Fee | 10.00 |
| 11/20 | ODP Transfer Fee | 10.00 |
| 11/21 | ODP Transfer Fee | 10.00 |
| 11/21 | Official Checks Charge | 8.00 |
| 11/21 | Official Checks Charge | 8.00 |
| 11/26 | ODP Transfer Fee | 10.00 |
| 11/29 | Outgoing Domestic Wire Fee | 30.00 |
| 11/29 | Official Checks Charge | 8.00 |
| 11/29 | Cash Deposit Immediate | 87.75 |
| 11/29 | Service Fee | 56.00 |
| **Total Fees & Other Withdrawals** | | **$72,528.77** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $7,500 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

Chase BusinessClassic allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 295 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

# CHASE

November 01, 2013 through November 29, 2013
Account Number: 000000861329605



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/01 | $16,955.18 | 11/18 | 2,452.79 |
| 11/04 | -21.97 | 11/19 | 35.36 |
| 11/05 | 14,366.68 | 11/20 | 32.29 |
| 11/06 | 23,258.97 | 11/21 | 20.51 |
| 11/07 | 17,408.97 | 11/22 | 3,101.05 |
| 11/08 | 7.37 | 11/25 | 2,273.81 |
| 11/12 | 29.50 | 11/26 | 9.96 |
| 11/13 | 25,117.96 | 11/27 | 2,816.58 |
| 11/14 | 12,434.01 | 11/29 | 609.14 |
| 11/15 | 2,474.72 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 160 |
| Deposits / Credits | 99 |
| Deposited Items | 36 |
| Transaction Total | 295 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $18.00 |
| Excessive Transaction Fees (Above 0) | $38.00 |
| Total Service Fees | $56.00 |



November 01, 2013 through November 29, 2013

Account Number: 000000861329605

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance: $_____
2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:  $_____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013
Account Number: 000000861330454



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000956 DRE 802 152 33413 NNNNNNNNNNN T 1 000000000 66 0000

EVERYDAY LOGISTICS LLC DIP
DBA HUDSON VALLEY RESORT
DEBTOR IN POSSESSION
400 GRANITE RD
KERHONKSON NY 12446-3557

---

**We will waive more fees when you link your business account to a consumer account**
Good news. Starting November 17, we will waive fees for Money Orders, Traveler Checks, Cashier Checks and Counter Checks, if:
- You have Chase BusinessSelect Checking(R), Chase BusinessClassic(SM) Checking or Chase Total Business Checking (SM), and
- You link that account to a qualifying Chase consumer checking account

Please visit a branch or call the number on this statement if you have any questions.

### Agreement Updates for Deposit Accounts and Chase Liquid® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us. You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $17,197.18 |
| Deposits and Additions | 11 | 155,534.31 |
| Checks Paid | 210 | - 51,973.29 |
| Electronic Withdrawals | 13 | - 112,988.30 |
| Fees and Other Withdrawals | 2 | - 20.80 |
| Ending Balance | 236 | $7,749.10 |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

This message confirms that you have overdraft protection on your checking account.

Page 1 of 10

# CHASE

November 01, 2013 through November 29, 2013
Account Number: 000000861330454

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Transfer From Chk Xxxxxx9605 | $4,119.04 |
| 11/07 | Transfer From Chk Xxxxxx9605 | 33,000.00 |
| 11/07 | Transfer From Chk Xxxxx9605 | 1,486.44 |
| 11/12 | Transfer From Chk Xxxxxx9605 | 6,635.45 |
| 11/13 | Transfer From Chk Xxxxxx9605 | 40,000.00 |
| 11/19 | Transfer From Chk Xxxxx9605 | 30,000.00 |
| 11/19 | Transfer From Chk Xxxxx9605 | 6,706.58 |
| 11/25 | ODP Transfer From Savings 000003008716242 | 3,500.00 |
| 11/26 | Transfer From Chk Xxxxxx9605 | 5,000.00 |
| 11/27 | Transfer From Chk Xxxxxx9605 | 18,000.00 |
| 11/29 | Transfer From Chk Xxxxxx9605 | 7,086.80 |
| **Total Deposits and Additions** | | **$155,534.31** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 17907 ^ | | 11/04 | $206.34 |
| 17924 * ^ | | 11/13 | 104.48 |
| 17937 * ^ | | 11/12 | 418.74 |
| 17938 ^ | 11/01 | 11/01 | 158.43 |
| 17939 ^ | | 11/06 | 160.82 |
| 17946 * ^ | | 11/01 | 223.28 |
| 17969 * ^ | | 11/04 | 330.38 |
| 17972 * ^ | | 11/13 | 453.29 |
| 17983 * ^ | | 11/13 | 246.40 |
| 17984 ^ | 11/13 | 11/13 | 392.65 |
| 17985 ^ | | 11/15 | 746.89 |
| 17989 * ^ | | 11/04 | 207.02 |
| 17997 * ^ | | 11/12 | 342.34 |
| 17998 ^ | 11/01 | 11/01 | 109.95 |
| 17999 ^ | | 11/06 | 158.00 |
| 18005 * ^ | | 11/01 | 129.60 |
| 18008 * ^ | | 11/04 | 144.32 |
| 18021 * ^ | | 11/04 | 254.42 |
| 18025 * ^ | | 11/07 | 161.17 |
| 18030 * ^ | | 11/13 | 373.29 |
| 18032 * ^ | | 11/04 | 45.46 |
| 18036 * ^ | | 11/07 | 293.69 |
| 18039 * ^ | | 11/04 | 273.50 |
| 18040 ^ | | 11/04 | 429.03 |
| 18041 ^ | | 11/13 | 95.52 |
| 18042 ^ | 11/13 | 11/13 | 386.22 |
| 18043 ^ | | 11/15 | 787.82 |
| 18044 ^ | | 11/04 | 183.80 |
| 18045 ^ | | 11/01 | 69.10 |
| 18046 ^ | | 11/04 | 205.74 |