UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                                    Chapter 11

    Everyday Logistics LLC                                         Case No.  10-22026 (RDD)

    Debtor.
---------------------------------------------------------x

## **FINAL DECREE**

        Upon the closing report and the application for a final decree, each dated July 17, 2014, filed on behalf of Everyday Logistics LLC, the debtor herein (the "Debtor"); and it appearing from the foregoing that the Debtor has substantially consummated its Chapter 11 plan confirmed by Order of this Court dated November 12, 2013; and no additional notice or a hearing being required, it is hereby

        ORDERED, that this Chapter 11 case is closed; and it is further

        ORDERED, that the Debtor provide a declaration detailing all disbursements through the date of this Order and pay all United States Trustee fees and any applicable interest thereon, in each case within 10 days of the date of this Order.

Dated:  White Plains, New York
       July 21, 2014

                                                  /s/ Robert D. Drain
                                  _____
                                  UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION

s/Serene Nakano
_____
United States Trustee